## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALLEN M. WILLIAMS, *pro se*,

    Plaintiff,

v.                                                                      Case No: 8:15-cv-288-T-30TGW

JUSTIN CASE, BRIAN BERND, CITY
OF NEW PORT RICHEY, FLORIDA,
CHRIS NOCCO, BERNIE MCCABE,
CORPORAL DEROUIN, JOHN DOE,
JUSTIN CASE, CORPORAL DEROUIN,
and BRIAN BERND,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #6). The Court notes that any objection to the Report and Recommendation would be futile because, based upon the Court's review of the Report and Recommendation and the *pro se* Plaintiff's Complaint, amendment is required under the Federal Rules of Civil Procedure for the reasons stated in the Magistrate Judge's Report and Recommendation.

**ACCORDINGLY**, it is therefore **ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation (Dkt. #6) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.    Plaintiff's Complaint is dismissed without prejudice.

3. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. #2) is denied without prejudice.

4. Should he wish to do so, Plaintiff has thirty (30) days from the date of this Order in which to file an Amended Complaint and a supplement explaining his inability to pay the filing fee.

5. Plaintiff's failure to file an Amended Complaint and a supplement within the thirty (30) day period may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2015\15-cv-288 adopt 6.docx

2